1  JAMES R. CAVILIA, ESQ.
   Nevada State Bar No. 3921
2  jcavilia@allisonmackenzie.com
   RYAN D. RUSSELL, ESQ.
3  Nevada State Bar No. 8646
   rrussell@allisonmackenzie.com
4  Allison Mackenzie, Russell,
   Pavlakis, Wright & Fagan, Ltd.
5  402 North Division Street
   P.O. Box 646
6  Carson City, NV  89702
   Telephone: (775) 687-0202
7  Facsimile : (775) 882-7918

8  Attorneys for Plaintiff,
   JACKSON-McCRAW LLC
9

10

11                    IN THE UNITED STATES DISTRICT COURT

12                          FOR THE DISTRICT OF NEVADA

13

14 JACKSON-McCRAW LLC, a Nevada              Case No.3:06-cv-00381-LRH-RAM
   Limited Liability Company,
15
                  Plaintiff,
16        vs.                                ORDER TO
                                             EXTEND TIME TO FILE
17 HAL R. SHORES and KAREN A.                JOINT STATUS REPORT
   SHORES, husband and wife, KAREN A.
18 SHORES, LLC, a Delaware Limited Liability
   Company, et al.
19
                  Defendants.
20 _____/

21        Plaintiff, Jackson-McCraw LLC ("Jackson"), by and through its attorneys, Allison,

22 MacKenzie, Russell, Pavlakis, Wright & Fagan, Ltd., and Defendants, Hal R. Shores, Karen A.

23 Shores, and Karen A. Shores, LLC (hereinafter collectively referred to as "Shores"), by and through

24 their attorney, Thomas Drendel, Esq., hereby stipulate and consent to an Order of this Court

25 consistent of the following:

26        On or about July 10, 2006, Shores filed a Notice of Removal in the above-entitled

27 action based on diversity.

28 ///

                                              1

1    On July 13, 2006, the Court ordered that counsel file a Joint Status Report by July 28, 2006.

Plaintiff and Defendants hereby stipulate and seek Court confirmation by Order, pursuant to LR 7-1, for an extension of time through and including August 28, 2006 for filing of the Joint Status Report in this case.

The parties further stipulate that this request for extension is made in good faith, for good cause and not merely for the purpose of delay.

**STIPULATED and AGREED:**

Dated: July 25, 2006              ALLISON, MacKENZIE, RUSSELL,
                                  PAVLAKIS, WRIGHT & FAGAN, LTD.


                                  By:   /s/ JAMES R. CAVILIA
                                        JAMES R. CAVILIA, ESQ.
                                        RYAN D. RUSSELL, ESQ.
                                        Attorneys for Plaintiff,
                                        JACKSON-McCRAW LLC


Dated: July 25, 2006              BRADLEY, DRENDEL & JEANNEY


                                  By:   /s/ THOMAS E. DRENDEL
                                        THOMAS E. DRENDEL, ESQ.
                                        Attorney for Defendants,
                                        HAL R. SHORES and KAREN A. SHORES,
                                        and KAREN A. SHORES, LLC


**SO ORDERED** this 27th day of July, 2006.

*[signature]*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2